# E-filing

RECEIVED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name: Reyes          Oscar
(Last)          (First)          (Initial)

Prisoner Number  2344229

Institutional Address  850 Bryant st  SF CA

94103

================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Oscar Reyes
(Enter the full name of plaintiff in this action.)

vs.

Michael, Hennessey (sheriff
Sr. Deputy Gachez          )
Sgt. DeguzMAN

(Enter the full name of the defendant(s) in this action))

CV 08 1356 SBA

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**          **(PR)**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement  San Francisco County Jail

B.    Is there a grievance procedure in this institution?

        YES (X)      NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES (X)      NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___*N/A*___

_____

_____ 2. First

formal level ___*Did not Respond*___

_____

_____

3. Second formal level ___*12-28-07*___

___*See Exibit A1 And A2*___

_____ 4 Third

formal level ___*12-31-07*___

___*See Exibit A1 And A2*___

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)        NO (  )

F.    If you did not present your claim for review through the grievance procedure, explain why. ___*N/A*___

_____

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

*OSCAR REYES*

*850 BRYANT St. SF. CA. 94103*

_____

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1              place of employment.
2    Michael Hennessey - Sheriff - SF, County Jail
3    SR. Deputy Gochez - Deputy - SF. County Jail
4    Sgt. Degozman - Deputy - SF County Jail
5
6    _____III.
7    Statement of Claim
8              State here as briefly as possible the facts of your case.  Be sure to describe how each
9    defendant is involved and to include dates, when possible.  Do not give any legal arguments or
10   cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
11   separate numbered paragraph.
12   On the DAY OF 12/24/07 AFTER Refusing to cuffed up FoR SR.
13   Deputy Gochez he Activated the INstitutional soRt team. uPon
14   ARRival I was asked to cuff up AgAIN oNe time I complied. After
15   Being cuffed up I was EXCESSIVEly treated with uNNESSESARY
16   FoRce. My head was Pushed FoRwARd to the Point that my ciRVicAl
17   sPINE shot PaiN DowN to my lowee lumbaR the handcuffs wePe so
18   tight they cut into my wRist and left PeRmant INdentations.
19   DuRRing the ExtRactioN the soRt team twisted my ARMs causing
20   seveRe agoNy and PaiN. my haiR was Pulled Also JeRKing my ciRvical
21   sPiNe causing me PaiN in my NecK. this was all uNNeSSARY Due to the fact
22   I was Not Resisting and should of beeN with less foRce. I Believe
23   this violated my 8th amend of the U.S. coNstitutioN of cruel and
24   uNNusual PoNishment. this is exRustioN of #2 USC 1997
25   IV.    Relief
26             Your complaint cannot go forward unless you request specific relief.  State briefly exactly
27   what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
28   compeNsAtoRy damAges uNdeR U.S. coNstAtutioN

     COMPLAINT                              - 3 -

1 | Amendment VIII in the amount of $ 100.000⁰⁰
2 | KNudsoN vs. City of EllENsbuRg 832 f. 2d 1142 1149
3 | (9th CIR. 1987)
4 |
5 |
6 |
7 | I declare under penalty of perjury that the foregoing is true and correct.
8 |
9 | Signed this ___2ⁿᵈ___ day of ___Jan._____, 20 _08_
10 |
11 | _Oscar Reyes_
12 | (Plaintiff's signature)
13 |
...
28 |

COMPLAINT                        - 4 -