E-filing

FILED
08 MAR 10 PM 3: 18
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08     1356

Oscar Reyes, Plaintiff,

vs.

Michael Hennessey (sheriff)
SR. Deputy Gochez
Sgt. DeGuzman
                    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

(PR)

I, Oscar Reyes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _2005.  $300. A week MARshells_____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                  Yes ___ No _X_
10             self employment
11      b.    Income from stocks, bonds,               Yes ___ No _X_
12             or royalties?
13      c.    Rent payments?                           Yes ___ No _X_
14      d.    Pensions, annuities, or                  Yes ___ No _X_
15             life insurance payments?
16      e.    Federal or State welfare payments,       Yes ___ No _X_
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                            Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   N/A

5. Do you own or are you buying a home?   Yes ___   No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___   No ✗

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?   Yes ___ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash?  Yes ___ No ✗  Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___   No ✗

8. What are your monthly expenses?

Rent: $ 0    Utilities: 0

Food: $ 0    Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are
2  payable.  Do not include account numbers.)
3  _____CA. Restatution in tha amout of_____
4  _____unknown_____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  1/2/08                                    Eron Reyes
17     DATE                              SIGNATURE OF APPLICANT
18
19
20  * Note: Verification of Trust Account
21  was attempted on Two(2) seperate
22  Acoutions See Exibit B-1 And B-2.
23  Response was Never Recieved.
24  The petitioner asks this Honorable Court
25  to Allow him to proceed and without
26  delay. May this Honororable Court
27  Issue an order to the Accounting
28  Dept. to Forward a 6month statment
    to this Court.

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of OSCAR REYES  2344229 for the last six months at

[prisoner name]

SF COUNTY JAIL_____ where (s)he is confined.

[name of institution]

    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 58.33 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 6.48 .

Dated: 2/26/08                    Lt. ky #1091
                        [Authorized officer of the institution]

## Account Activity Ledger

Date : 02/26/2008
Time : 12:30

From : 12/04/2007   To : 02/26/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2344229 | **Name** REYES, OSCAR | | | **Block** | | | **Previous Balance** | | 0.00 |
| Initial Entry | 12/04/2007 | 17:16 | B#251432 | 760506 | D | | 50.00 | | 50.00 |
| Sales Transaction | 12/05/2007 | 05:37 | I#279538 | | I | 49.78 | | | 0.22 |
| | 12/11/2007 | 10:55 | B#252856 | 763516 | D | | 15.00 | | 15.22 |
| Sales Transaction | 12/12/2007 | 05:33 | I#280772 | | I | 14.45 | | | 0.77 |
| CDL#A6176608 GLORIA | 12/18/2007 | 10:22 | B#254465 | 766900 | D | | 20.00 | | 20.77 |
| Sales Transaction | 12/19/2007 | 05:15 | I#281960 | | I | 19.86 | | | 0.91 |
| Sales Transaction | 02/13/2008 | 04:04 | I#291848 | | I | 0.86 | | | 0.05 |
| | 02/19/2008 | 11:55 | B#269202 | 797676 | D | | 30.00 | | 30.05 |
| Sales Transaction | 02/20/2008 | 05:01 | I#293103 | | I | 29.41 | | | 0.64 |
| CALID#N5215937 DARLE | 02/21/2008 | 13:08 | B#269769 | 798838 | D | | 40.00 | | 40.64 |
| CDL#A6176539 IVETTE | 02/22/2008 | 10:48 | B#269940 | 799218 | D | | 20.00 | | 60.64 |

| | | | |
|---|---|---|---|
| Deposits | 6 | For $ | 175.00 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 5 | For $ | 114.36 |

Page : 1