IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR REYES,

    Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

    Defendants.

No. C 08-01356 SBA (PR)

**JUDGMENT**

The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 7/22/08

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Reyes1356.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR REYES,

       Plaintiff,

v.

MICHAEL HENNESSEY et al,

       Defendant.

Case Number: CV08-01356 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Reyes 2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Reyes1356.jud.wpd     2