Oscar Reyes 2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

CV08-01356 SBA

**FILED**

AUG - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NIXIE     941 DC 1        00 08/01/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 94612521299    *0305-01180-29-44

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OSCAR REYES,

    Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

    Defendants.

No. C 08-01356 SBA (PR)

**JUDGMENT**

The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 7/22/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Reyes1356.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYES, | Case Number: CV08-01356 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL HENNESSEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Reyes 2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OSCAR REYES,

    Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

    Defendants.

No. C 08-01356 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On May 16, 2008, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall enter judgment in accordance with this Order.

    IT IS SO ORDERED.

DATED: 7/22/08

                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYES, | Case Number: CV08-01356 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL HENNESSEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Reyes 2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk