Oscar Reyes    2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

CV08-01356 SBA



E-FILED

JUL 2 3 2008

W. WIEKING
DISTRICT COURT
OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR REYES,

      Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

      Defendants.

No. C 08-01356 SBA (PR)

**JUDGMENT**

#6

The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 7/22/08

                                    Saundra B Armstrong
                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

P:\PRO-SE\SBA\CR.08\Reyes1356.jud.wpd

Entered on Civil Docket 7/23/08

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYES, | Case Number: CV08-01356 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL HENNESSEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Reyes 2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Reyes1356.jud.wpd     2

E-FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR REYES,

    Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

    Defendants.

No. C 08-01356 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

#5

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On May 16, 2008, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall enter judgment in accordance with this Order.

    IT IS SO ORDERED.

DATED: 7/22/08

                                  _Saundra B Armstrong_
                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

United States District Court
For the Northern District of California

P:\PRO-SE\SBA\CR.08\Reyes1356.3-11Dismissal.frm

Entered on Civil Docket 7/23/08

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYES, | Case Number: CV08-01356 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL HENNESSEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Reyes 2344229
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Reyes1356.3-11Dismissal.frm